## EMPLOYMENT SECURITY COMM. v. LACHMAN

No. 44P85.

Case below: 71 N.C. App. 809.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## ERVIN v. SPEECE

No. 52P85.

Case below: 72 N.C. App. 366.

Notice of appeal by defendant under G.S. 7A-30 dismissed 7 May 1985. Petition for discretionary review under G.S. 7A-31 denied 7 May 1985.

## FORTSON v. CANNON MILLS

No. 268P85.

Case below: 74 N.C. App. 206.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 June 1985.

## FREEMAN v. ST. PAUL INS. CO.

No. 101P85.

Case below: 72 N.C. App. 292.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## FULTON v. VICKERY

No. 192P85.

Case below: 73 N.C. App. 382.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 June 1985.